O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**#12 / Oct 19 hrg vacated**

CIVIL MINUTES - GENERAL

| Case No. | CV 09-4119 PSG (FFMx) | Date | October 13, 2009 |
|---|---|---|---|
| Title | Patricia Reyna v. Allied Interstate, Inc. | | |

| Present: | The Honorable Philip S. Gutierrez, United States District Judge |
|---|---|

| Wendy K. Hernandez | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiff(s):               Attorneys Present for Defendant(s):

Not Present                                                    Not Present

**Proceedings:**     **(In Chambers) Order Denying Plaintiff's Motion To Enforce Settlement**

Pending before the Court is Plaintiff's Motion To Enforce the Settlement ("Motion"). The Court finds the matter appropriate for decision without oral argument. Fed. R. Civ. P. 78; L.R. 7-15. After considering the moving and opposing papers, the Court DENIES Plaintiff's Motion.

Plaintiff's Motion seeks an order from this Court to the effect that Defendant will be held in contempt of court unless Defendant complies, within thirty days, with the terms of a settlement agreement reached by the parties in this case. Plaintiff also seeks attorneys' fees, supposedly under the Fair Debt Collection Practices Act, to compensate Plaintiff for fees incurred in attempting to enforce the settlement agreement.

Plaintiff, however, has submitted no evidence with the Motion to support any assertion made therein, including the existence of a settlement agreement or Defendant's breach of the settlement terms. *See* L.R. 7-4, 7-5(b). Moreover, Plaintiff has submitted insufficient authority to support the relief requested, particularly with respect to the request for attorneys' fees. *See* L.R. 7-5(a). For these reasons, the Court DENIES Plaintiff's Motion.

**IT IS SO ORDERED.**